No. 6226.

## PAUL L. FOURCHY vs. GABRIEL SINTES.

### Syllabus.

The judgment of the trial Judge will be affirmed where the amount allowed by him to an attorney at law for professional services is not manifestly insufficient or excessive.

Appeal from the Civil District Court for the Parish of Orleans, Division ''E,'' No. 107,232. Honorable G. H. Theard, Judge.

S. F. Gautier, for plaintiff and appellant.

E. Vidrine, for defendant and appellee.

His Honor, CHARLES F. CLAIBORNE, rendered the opinion and decree of the Court, as follows:

This is a suit for $811.20 for balance of attorney's fees claimed by plaintiff for services rendered to the defendant in a number of cases mentioned in his petition. The claim is on a **quantum meruit.** The value fixed upon all the services is $1,495.00 subject to a credit of $684.00 paid in different amounts at different times without imputation of payment to any particular case, except one.

The defense is a general denial.

From a judgment against the plaintiff he has appealed.

We have read the testimony in the case and have made a critical examination of the records in which the legal services were rendered and we cannot say the Judge erred in his appreciation of the value of the services rendered by plaintiff.

119 La., 236.

Judgment affirmed.

Opinion and decree, November 23rd, 1914.

Rehearing refused, December 21st, 1914.